LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

September 18, 2020

By ECF
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1007

    Re:  United States v. Tujuan Ford,
         17 Cr. 449 (KPF)

Dear Judge Polk Failla:

    I represent Tujuan Ford in the above-referenced matter, whose sentence is scheduled for October 30, 2020. As the Court is aware, Mr. Ford participated in the SDNY Young Adult Opportunity Program (the "YAOP"). Unfortunately, he was arrested on state charges (which have not yet been adjudicated) and recently terminated from YAOP.

    Although I recently conferred with the Government and stated my willingness to proceed with sentencing, I have since spoken with my client's mother and received information that may be relevant for mitigation of his sentence and require, among other things, retrieval of medical records. Under separate application, I intend to request the appointment of a mitigation specialist, who will need additional time to assist me.

    Therefore, I request an adjournment of Mr. Ford's sentencing to a date in mid-December.

Respectfully submitted,

/s/ *Stephen Turano*
Stephen Turano
Attorney for Tujuan Ford

cc:    Counsel for the Government (by ECF)

---

Application granted.

SO ORDERED.

_(signature)_

Ronnie Abrams, U.S.D.J.
September 18, 2020