USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TUJUAN FORD,

            Defendant.

No. 17-CR-449

ORDER

RONNIE ABRAMS, United States District Judge:

    The sentence is hereby adjourned from October 30, 2020 to December 18, 2020 at 9:00 a.m.  Counsel shall refer to the Court's Individual Rules and Practices in Criminal Cases pursuant to which they must file their sentencing submissions.

SO ORDERED.

Dated:    September 21, 2020
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge