LAW OFFICES OF
# STEPHEN TURANO
———

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016<br>———<br><br>TEL (917) 974-1781<br>FAX (212) 208-2981 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102<br>———<br><br>TEL (973) 648-6777<br>FAX (212) 208-2981<br>———<br><br>REPLY TO NEW JERSEY OFFICE |

November 28, 2020

By ECF
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1007

> Application granted. The sentence is adjourned to February 26, 2021 at 11:30 a.m.
>
> SO ORDERED.
>
> /s/ Ronnie Abrams
>
> Ronnie Abrams, U.S.D.J.
> November 30, 2020

Re:  United States v. Tujuan Ford,
      17 Cr. 449 (KPF)

Dear Judge Polk Failla:

I represent Tujuan Ford in the above-referenced matter, whose sentence is scheduled for December 18, 2020.

Mr. Ford is in state custody and it has been difficult scheduling a video conference with him.  I am currently scheduled to have one on December 7, 2020.  In addition, the Court appointed a mitigation specialist at my request to assist the defense at sentencing.  Because of scheduling conflicts with the mitigation socialist, I recently requested she be replaced by another mitigation specialist.  At this point we still require time to gather school and medical records for purposes of mitigation.

Therefore, I request an adjournment of Mr. Ford's sentencing to a date in February 2021.

Respectfully submitted,

/s/ *Stephen Turano*
Stephen Turano
Attorney for Tujuan Ford

cc:     Counsel for the Government (by ECF)