LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

January 21, 2021

By ECF
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 1007

> Application granted. The sentence is adjourned to May 14, 2021 at 11:30 a.m.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> January 21, 2021

Re:   United States v. Tujuan Ford,
         17 Cr. 449 (KPF)

Dear Judge Abrams:

   I represent Tujuan Ford in the above-referenced matter, whose sentence is scheduled for February 26, 2012. It was previously adjourned from December 18, 2020, at my request.

   Mr. Ford is in state custody and it has been difficult communicate with him. In addition, Mr. Ford's mitigation specialist has some delays in obtaining releases and medical school records.

   Therefore, I request an adjournment of Mr. Ford's sentencing to a date in May 2021.

                                        Respectfully submitted,

                                        /s/ *Stephen Turano*
                                        Stephen Turano
                                        Attorney for Tujuan Ford

cc:   Counsel for the Government (by ECF)