LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016<br><br>TEL (917) 594-5666<br>FAX (917) 594-5667 | 60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102<br><br>TEL (973) 648-6777<br>FAX (917) 594-5667 |

REPLY TO NEW JERSEY OFFICE

October 27, 2021

By ECF
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

> Application granted. The sentence is adjourned to December 1, 2021 at 11:00 and will be held in person.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> October 28, 2021

Re:  United States v. Tujuan Ford,
        17 Cr. 449 (KPF)

Dear Judge Abrams:

    Tujuan Ford's sentencing is scheduled for November 12, 2021. I am currently on trial before the Honorable Claire C. Cecch in the United States District Court, District of New Jersey, which is expected to last for trough the first week of November. I write this letter to request a two-week adjournment of Tujuan Ford's sentence, for a date on or after November 24, 2021.

    Mr. Ford consents to have his sentencing proceed by video conferencing.

Respectfully submitted,

/s/ *Stephen Turano*
Stephen Turano
Attorney for Tujuan Ford

cc:      Counsel for the Government (by ECF)